**DENY as Moot; and Opinion Filed May 21, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00523-CV

### IN RE MICHAEL DEWAYNE RICKETT, Relator

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00604-2**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Reichek
Opinion by Justice Brown

Before the Court is relator's May 3, 2019 petition writ of mandamus in which relator asks this Court to direct the trial court to set a hearing on relator's February 17, 2017 application for heirship and on his motion to remove attorney. By order dated May 9, 2019, this Court requested that the real party in interest and the respondent file responses to the petition for writ of mandamus by May 15, 2019. Respondent filed a response as requested. In the response, respondent informed the Court that she signed an "Order Rescheduling Hearing and to Make Witness Available" on April 29, 2019. In that order, respondent set the application for heirship, the motion to remove attorney, and other matters for telephonic hearing on June 3, 2019 at 3:00 p.m. Respondent ordered the Texas Department of Criminal Justice to produce and make available for the telephonic hearing relator and a notary or any other person qualified to administer oaths.

Relator has received the relief requested in his petition. Accordingly, we deny as moot relator's petition for writ of mandamus.

/Ada Brown/
ADA BROWN
JUSTICE

190523F.P05